THOMAS NAGLE, an Infant, by REGINA M. NAGLE, His Guardian ad Litem, et al., Respondents, *v.* NEW YORK EDISON COMPANY, INC., Appellant.

Argued October 2, 1939; decided October 17, 1939.

728

*George A. Garvey, William B. Davis, Henry Bogert Clark* and *E. C. Sherwood* for appellant.

*Joseph B. Kenny, Harry B. Chambers, Harry H. Chambers, Robert H. Kilroe* and *Arthur H. Beyer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.